■ ROBERT CAVERLEY v. HERBERT H. BELLRINGER, Doing Business as BELLRINGER COMPANY.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 9, 1960, with notice of argument for the September 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. BLESSED SIMON.— Enlargement of time granted. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

## (April 13, 1960)

■ JOSEPH LEVINE v. MORRIS LOBER.— Motion for enlargement of time granted insofar as to enlarge appellant's time to procure the record on appeal and appellant's points to be served and filed up to and including April 20, 1960, with notice of argument for the May 1960 Term of this court, said appeal to be argued or submitted when reached. Respondent's points are to be filed on or before May 4, 1960. The order of this court entered March 8, 1960 is modified accordingly. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

## (April 14, 1960)

■ BORIS GARFINKEL v. LIZA P. GARFINKEL.— Motion to vacate the order of this court entered February 25, 1960 denied; that branch of the motion seeking leave to appeal to the Court of Appeals from the aforesaid order of this court is dismissed. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ DOROTHY SILVER v. BERTRAM S. SILVER.— Application granted. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ BEACON HEAT & UTILITIES CO., INC. v. HAROLD L. GIVENS et al.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ In the Matter of THOMAS SULLIVAN et al., against MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION.— Motion to dismiss appeal granted, with $10 costs, unless the petitioner-appellant procures the record on appeal and petitioner's points to be served and filed on or before April 28, 1960, with notice of argument for May 10, 1960, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.